# ALABAMA COURT OF CRIMINAL APPEALS



September 26, 2025

**CR-2025-0073**
Daniel Benjamin Blan v. State of Alabama (Appeal from Coosa Circuit Court: CC-96-41.64)

## NOTICE

You are hereby notified that on September 26, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk